[No. 33782-7-II. Division Two. February 21, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL WADE WHEELER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 04-1-02249-9, Wm. Thomas McPhee, J., entered August 23, 2005. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 34078-0-II. Division Two. February 21, 2007.]

*In the Matter of the Marriage of* BYRON LEE SAEMAN, *Appellant*, and STACEY J. SAEMAN, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-3-00980-7, Kathryn J. Nelson, J., entered January 6, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Penoyar, JJ.

[No. 34219-7-II. Division Two. February 21, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH ALBERT FULLER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-01525-0, James E. Rulli, J., entered December 16, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Houghton, C.J., and Penoyar, J.

[No. 34426-2-II. Division Two. February 21, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD D. DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 02-1-00861-3, M. Karlynn Haberly, J., entered February 10, 2006. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Hunt, J.